IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gava, Valeriu

Printed: 11/04/08

Case Number: 05 B 38041
Judge: Goldgar, A. Benjamin
Filed: 9/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 30, 2008
Confirmed: November 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 63,360.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 48,082.16 |
| Priority: |  | 9,914.82 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 3,469.02 |
| Other Funds: |  | 0.00 |
| Totals: | 63,360.00 | 63,360.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Drexler | Administrative | 1,894.00 | 1,894.00 |
| 2. | Internal Revenue Service | Priority | 9,914.82 | 9,914.82 |
| 3. | Portfolio Recovery Associates | Unsecured | 3,999.00 | 4,734.85 |
| 4. | Discover Financial Services | Unsecured | 1,243.52 | 1,472.35 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,454.01 | 1,721.54 |
| 6. | ECast Settlement Corp | Unsecured | 1,203.16 | 1,424.55 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,015.94 | 1,202.88 |
| 8. | Capital One | Unsecured | 2,180.63 | 2,581.83 |
| 9. | Capital One | Unsecured | 490.89 | 581.20 |
| 10. | RoundUp Funding LLC | Unsecured | 493.91 | 584.79 |
| 11. | ECast Settlement Corp | Unsecured | 802.75 | 950.43 |
| 12. | American Express | Unsecured | 521.06 | 616.91 |
| 13. | ECast Settlement Corp | Unsecured | 2,182.94 | 2,584.68 |
| 14. | ECast Settlement Corp | Unsecured | 1,862.05 | 2,204.66 |
| 15. | ECast Settlement Corp | Unsecured | 2,259.62 | 2,675.39 |
| 16. | JP Morgan Chase Bank | Unsecured | 7,203.19 | 8,528.68 |
| 17. | ECast Settlement Corp | Unsecured | 1,301.74 | 1,541.29 |
| 18. | Resurgent Capital Services | Unsecured | 2,087.17 | 2,471.19 |
| 19. | Resurgent Capital Services | Unsecured | 4,306.77 | 5,099.21 |
| 20. | Capital One | Unsecured | 4,484.29 | 5,309.41 |
| 21. | Resurgent Capital Services | Unsecured | 1,517.16 | 1,796.32 |
| 22. | Bank One | Unsecured |  | No Claim Filed |
| 23. | Citi Cards | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,418.62 | $ 59,890.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gava, Valeriu

Printed: 11/04/08

Case Number:  05 B 38041
Judge:  Goldgar, A. Benjamin
Filed:  9/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 774.39 |
| 5% | 263.99 |
| 4.8% | 506.86 |
| 5.4% | 1,235.62 |
| 6.5% | 572.00 |
| 6.6% | 116.16 |
|  | $ 3,469.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

